UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| ALASKA IRONWORKERS PENSION TRUST, | Case No. 02-528 (PAM/RLE) |
| Plaintiff, | Judge Magnuson |
| v. | |
| JAMES M. ZIMMERMAN, et al., | |
| Defendants, | |
| and | |
| FEDERATED DEPARTMENT STORES, INC., | |
| Nominal Defendant. | |

### STIPULATED MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(2) and 23.1, plaintiff Alaska Ironworkers Pension Trust ("Alaska Ironworkers") and Defendants hereby agree and stipulate to the dismissal without prejudice of all of Alaska Ironworkers' claims and causes of action against Defendants in the above-captioned case, each party to bear its own costs and attorney's fees.

This dismissal is the result of a unilateral and voluntary decision by Alaska Ironworkers and no consideration is being paid in connection with it; therefore, notice to shareholders pursuant Fed. R. Civ. P. 23.1 should not be required.

CL-674170v1

MAY 13 2002
FILED_____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____

All papers filed in the <u>Alaska Ironworkers Pension Trust v. Zimmerman, et al.</u> case shall be deemed to have been filed in the <u>Wesenberg v. Zimmerman</u> case, Civil File No. 02-527 (PAM/RLE).

DATED: May 8, 2002

_____
Carolyn G. Anderson (#275712)
ZIMMERMAN REED, P.L.L.P.
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402

Jonathan W. Cuneo
THE CUNEO LAW GROUP, P.C.
317 Massachusetts Avenue, N.E.
Suite 300
Washington, D.C. 20002

William S. Lerach
Travis E. Downs, III
MILBERG WEISS BERSHAD HYNES &
 LERACH LLP
401 B. Street, Suite 1700
San Diego, CA 92101

Attorneys for Plaintiff

_____
Thomas L. Kimer (#55736)
Jeffrey D. Hedlund (#175791)
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone: (612) 766-7000

John M. Newman, Jr.
Edward J. Sebold
Geoffrey J. Ritts
JONES, DAY, REAVIS & POGUE
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: 216 586-3939

Attorneys for Defendants

_____
Timothy D. Kelly (#54926)
Joseph Beckman (#298591)
KELLY & BERENS, P. A.
80 South Eighth Street, Suite 3720
Minneapolis, MN 55402
Telephone: (612) 349-6171
Facsimile: (612) 349-6416

Attorneys for Nominal Defendant

IT IS SO ORDERED:

_____
Paul A. Magnuson
Judge of District Court