```
          UNITED STATES DISTRICT COURT
             DISTRICT OF MINNESOTA
                 FIFTH DIVISION
```

* * * * * * * * * * * * * * * * *

Alaska Ironworkers Pension
Trust, Derivatively on behalf
of Federated Department Stores,
Inc.,

        Plaintiff,

vs.                                             ORDER
James M. Zimmerman, Terry
Lundgren, Ronald W. Tysoe,
Meyer Fedlberg, Earl G. Graves,
Sr., Sara Levinson, Joseph
Neubauer, Joseph A. Pichler,
Karl M. Von Der Heyden, Craig
E. Weatherup, Marna C. Whittington,
Michael P. Sherman, Steven A.
Lightman, Nils Ytterbo and
Fingerhut Companies, Inc.,

        Defendants,

vs.

Federated Department Stores, Inc.,
a Delaware corporation.              Civ. No. 02-528(PAM/RLE)

* * * * * * * * * * * * * * * * *

    At Duluth, in the District of Minnesota, this 28th day of May, 2002.

* * *

    On May 16, 2002, an Order was issued setting the above-entitled matter on for a Pretrial Conference. On May 13, 2002, a Stipulation and Order was entered dismissing this case.

    THEREFORE, It is --



FILED MAY 2 8 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____

ORDERED:

That the Pretrial Conference set for **Tuesday, June 11, 2002, at 1:30 p.m.**, is stricken from the Court's calendar.

BY THE COURT:

*Raymond L. Erickson*
Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

## Featured Speakers Include:

**District of Minnesota**

Judge David S. Doty

Judge Donovan W. Frank

Judge Paul A. Magnuson

Judge Ann D. Montgomery

Judge John R. Tunheim

Chief Magistrate Judge Jonathan Lebedoff

Magistrate Judge Arthur J. Boylan

**United States Bankruptcy Court District of Minnesota**

Judge Robert J. Kressel

---

**28th Annual Federal Court Practice Seminar**

June 19, 2002
8:00 am—5:15 pm

Application Pending for 7.5 CLE Credits Including 2 Ethics and 1 Bias Credit

MINNESOTA CHAPTER OF THE FEDERAL BAR ASSOCIATION

In connection with
The Federal Judiciary

Minneapolis Convention Center
1301 Second Avenue South
Room 208
Minneapolis, MN 55402
(612) 335-6000

The Minnesota Chapter of the Federal Bar Association
c/o Kelly & Berens, P.A.
80 S. 8th Street, Suite 3720
Minneapolis, MN 55402

NON-PROFIT ORGANIZATION
U.S. POSTAGE PAID
Minneapolis, MN
Permit No. 2657

## Morning Session:

| Time | Session |
|---|---|
| 7:30-8:00 | Registration |
| 8:00-8:15 | Opening Remarks and Welcome, *Judge Ann D. Montgomery* |
| 8:15-9:00 | Securities Law Issues in the Wake of Enron, *Timothy J. Warren (SEC Midwest Regional Office), Professor Niels Schaumann (William Mitchell College of Law), Karl L. Cambronne (Chestnut & Cambronne)* |
| 9:00-9:45 | Current Issues in Employment Law, *Judge Paul A. Magnuson, Linda L. Holstein (Parsinen Kaplan Rosberg & Gottlieb PA), John R. McDonald (Meagher & Geer, PLLP), Daniel Oberdorfer (Leonard, Street and Deinard)* |
| 9:45-10:00 | Morning Break |
| 10:00-10:45 | Current Initiatives in the U.S. Attorneys' Office, *Tom Heffelfinger (U.S. Attorneys Office)* |
| 10:45-11:45 | Discovery Disputes: Professionalism in the Practice of Law?, *Judge David S. Doty, Chief Magistrate Judge Jonathan Lebedoff, Magistrate Judge Arthur J. Boylan,* |
| 11:45-12:45 | Lunch (Room 211) |

## Afternoon Session:

| Time | Session |
|---|---|
| 12:45-1:30 | The Clerk's Office Can Be Your New Best Friend, *Celeste Shahidi; Lou Jean Gleason, Mary Lenner, Gertie Simon, Andy Seldon* |
| 1:30-2:15 | How to Effectively Teach and Persuade in Patent or Intellectual Property Cases: Why, When and How, *Judge Donovan W. Frank, Becky R. Thorson (Robins, Kaplan, Miller & Ciresi), Stephen J. Davidson (Leonard, Street and Deinard)* |
| 2:15-3:15 | Issues in the Wake of 9/11: Racial Profiling -- *Daniel M. Scott (U.S. Federal Public Defenders' Office)*; Response by the Department of Justice -- *Tony Brown (U.S. Attorneys Office)* |
| 3:15-3:30 | Afternoon Break |
| 3:30-4:15 | Update on Technology Tools for Litigating in Federal Court, *Judge John R. Tunheim, Judge Robert J. Kressel, Eric J. Magnuson (Rider, Bennett, Egan & Arundel)* |
| 4:15-5:15 | Ethics in "Real Life" Practice Situations, *Martin A. Cole (Lawyers Professional Responsibility Office)* |

---

## Seminar Registration

☐ Member          $195.00
☐ Non-Member      $225.00

Name _____
Firm/Employer _____
Address _____
_____
Phone _____
E-Mail _____

Complete registration form and send with check payable to:

Minnesota Chapter, FBA
c/o Nancy Gustafson
Kelly & Berens, P.A.
Suite 3720 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402

**Not a Member? Join the FBA**

To apply on-line or to download application form go to http://www.fedbar.org and click on "Join the FBA."

Questions call: Barbara P. Berens, Vice President, Planning, Minnesota Chapter FBA
(612)-349-6171

**Annual Seminar Planning Committee:**

Kristine M. Boylan, Meagher & Geer, P.L.L.P.
Catherine A. McEnroe, Leonard, Street and Deinard
Celeste M. Shahidi, U.S. Courthouse Minneapolis Building
Susan Nolting, U.S. Department of Justice
Maureen Watz Gornik, Warren E. Burger Federal Building